Walter M. Wheeler et al., Respondents, *v.* Elizabeth A. Britton, Appellant.

(Argued March 10, 1893 ; decided March 24, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department entered upon an order made February 15, 1892, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*Walter R. Beach* for appellant.

*James H. Ryan* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.